UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| Angela Williams,<br><br>                    Plaintiff,<br>v.<br><br>Midland Credit Management, Inc.; and<br>DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.:  8:12-cv-01931-DKC |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.  The Plaintiff hereby respectfully requests above-entitled Court to enter Rule 111 Order.

Dated: September 5, 2012

>Respectfully submitted,
>By  /s/Denise L. Bellamy
>Denise L. Bellamy (Bar No. 16993)
>The Law Offices of Denise L. Bellamy, LLC
>9500 Arena Drive, Suite 280
>Largo, MD 20774
>(301) 433-4684
>
>Of Counsel To
>LEMBERG & ASSOCIATES L.L.C.
>A Connecticut Law Firm
>1100 Summer Street, 3rd Floor
>Stamford, CT 06905
>Telephone: (203) 653-2250
>Facsimile:  (203) 653-3424
>ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 5, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By  /s/Denise L. Bellamy
                Denise L. Bellamy